IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **HYPGAMES, INC.** | : | |
| | : | |
| Plaintiff, | : | Case No.: 1:25-mc-00400 |
| | : | |
| v. | : | |
| | : | |
| **MINICLIP SA** | : | |
| | : | |
| Defendant. | : | |

# STATUS REPORT

On September 19, 2025, Plaintiff HypGames, Inc., ("HypGames") filed a Motion for Leave to Temporarily File Under Seal the Complaint in the above captioned case. HypGames informed the Court that it would meet and confer with Defendant Miniclip SA ("Miniclip") to prepare a redacted version of the complaint and update the Court within fourteen days of those efforts. Dkt 3-1 at 3. On September 30, 2025, HypGames filed a status report updating the Court that the parties are still working on the redactions. Dkt. 5. HypGames files this second status report to further inform the Court that the parties are in the final stages of preparing a redacted version of the complaint and expect to have a public version filed later this week on or before October 17, 2025.

Dated: October 13, 2025
New York, New York

Respectfully submitted,

*/s/ Kate E. Cassidy*
Nathan E. Denning
Kate E. Cassidy
Tala Sebastian
WIGGIN & DANA LLP
437 Madison Ave, 35th Floor

New York, NY 10022
T: 212.551.2600
F: 212.551.2888
ndenning@wiggin.com
kcassidy@wiggin.com
tsebastian@wiggin.com

## CERTIFICATE OF SERVICE

I, Kate E. Cassidy, hereby certify that on October 13, 2025 I have filed the foregoing document was electronically filed with the Clerk of Court using ECF system which will send notification of such filing to all attorneys of record.

>*/s/ Kate E. Cassidy*
>Kate E. Cassidy

29193\4\4927-2060-4786.v1